# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **LATOSHIA ANN THOMPSON** and CHYONTELLE MARCIA MCGINNIS,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHERN CALIF. REPRODUCTIVE CTR., SHAHIN GHADIR, M.D., ERIC GARCETTI as Mayor of City of L.A., DPSS, HOMELESS SERVICES AUTHORITY, LAPD, RAPS, MTA, LAFD, BOARD OF FIRE COMMISSIONERS, SHANE MURPHY GOLDSMITH as City of L.A. Police Board Commissioner, DOWNTOWN WOMEN'S CENTER, and ANGEL JONES DAY (Center Manager DWC),<br><br>Defendants. | **LA CV 17-07687-VBF-AFM**<br><br>**FINAL JUDGMENT** |

**Final judgment is hereby entered in favor of all defendants and against plaintiffs Latoshia Ann Thompson and Chyontelle Marcia McGinnis.** IT IS SO ADJUDGED.

Dated: March 19, 2018

_/s/ Valerie Baker Fairbank_
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge